UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENNY HWANG, on behalf of herself
and all others similarly situated,

                              Case No. 1:23-cv-03878

               Plaintiff,

                              JOINT STIPULATION
                              OF DISMISSAL

   - against –

JULIA TESTA, LLC,

               Defendant.
-----------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Jenny Hwang and the Defendant Julia Testa, LLC, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 29, 2023

| For Plaintiff, Jenny Hwang | For Defendant, Julia Testa, LLC |
|---|---|
| */s/ Mars Khaimov* | */s/ Ryan Benson* |
| Mars Khaimov | Ryan T. Benson, ARDC No. 6312338 |
| MARS KHAIMOV LAW, PLLC | Admitted Pro Hac Vice |
| 108-26 64TH Avenue | O'Hagan Meyer LLC |
| Second Floor | One East Wacker Drive, Suite 3400 |
| Forest Hills, NY 11375 | Chicago, Illinois 60601 |
| 929.324.0717 – T | 312.422.6100 –T |
| 929.333.7774 – F | 312.422.6110 – F |
| mars@khaimovlaw.com | rbenson@ohaganmeyer.com |

**So Ordered.**
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 8/30/23